1 | Danny J. Horen, Esq.
NV Bar No. 13153
2 | Kazerouni Law Group, APC
3 | 7854 W. Sahara Avenue
Las Vegas, NV 89117
4 | Telephone: (800) 400-6808 x 7
5 | Facsimile: (800) 520-5523
danny@kazlg.com
6
7 | Attorneys for Plaintiff,
RAYNALDO J. SALVADOR

8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| RAYNALDO J. SALVADOR, | Case No. 2:15-cv-00935-RFB-NJK |
|---|---|
| Plaintiff, | *Assigned to Judge Richard F. Boulware, II; Referred to Magistrate Judge Nancy J. Koppe* |
| v. | |
| CAPITAL ONE AUTO FINANCE, INC., WELLS FARGO HOME MORTGAGE and EXPERIAN INFORMATION SOLUTIONS, INC., | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | Complaint Filed:  May 19, 2015<br>Trial Date:  TBA |

1
STIPULATION OF DISMISSAL

# STIPULATION

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that Defendant Capital One Auto Finance, a Division of Capital One, N.A., erroneously named in this action as Capital One Auto Finance, Inc. ("Capital One"), be dismissed from this action with prejudice, with Plaintiff Raynaldo J. Salvador and Capital One to bear their own fees and costs.

DATED: September 17, 2015          FERNALD LAW GROUP LLP


By: /s/ BRANDON C. FERNALD
    BRANDON C. FERNALD
Attorneys for Defendant,
CAPITAL ONE AUTO FINANCE,
A DIVISION OF CAPITAL ONE,
N.A., Erroneously Named As
"Capital One Auto Finance, Inc."


DATED: September 17, 2015          KAZEROUNI LAW GROUP, APC


By: /s/ Danny J. Horen
    DANNY J. HOREN
Attorneys for Plaintiff,
JOVITA C. SALVADOR


IT IS SO ORDERED:


_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 22nd day of September, 2015.